IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-40004 |
| | ) | |
| MELISSA A. GUSTAFSON, | ) | VIO: Title 29, United States Code, |
| | ) | Section 501(c) |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

Beginning in or about June of 2008 and continuing until in or about June of 2011, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**MELISSA A. GUSTAFSON,**

while an employee of the International Union of Electrical, Radio, and Machine Workers-Communication Workers of America (IUE-CWA) Local 84110, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization, in the approximate amount of $12,059.37.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

S/ Foreperson

_____
FOREPERSON

S/John Mehochko

JAMES A. LEWIS
UNITED STATES ATTORNEY
JKM